IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

F I L E D
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAR 0 6 2017

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SALVADOR SAVALA,<br><br>  Defendant. | 8:17MJ2<br><br>ORDER FOR DISMISSAL |

Pursuant to Motion of the United States (Filing No. 13), leave of court is granted for the filing of the dismissal of the Complaint against Salvador Savala.

IT IS ORDERED that the Motion to Dismiss the Complaint (Filing No. 13) is granted.

Dated this ___6___ day of March, 2017.

BY THE COURT:

_____
F.A. Gossett, III
United States Magistrate Judge